# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Steven Smith,                                  :
                              Petitioner       :
                                               :
              v.                               :          No. 2098 C.D. 2016
                                               :
Workers' Compensation Appeal                   :
Board (Consolidated Freightways                :
Corporation of Delaware),                      :
                              Respondent       :

## PER CURIAM

## **O R D E R**

NOW, August 7, 2017, having considered petitioner's application for reargument, the application is denied.